USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _6-30-23_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                    :
                                             :
                              Plaintiff,     :
                                             :           **22 CR 261 (ALC)**
           -against-                         :
                                             :           **ORDER**
FRANK FILIMAUA,                              :
                                             :
                              Defendant.     :
                                             :
                                             :
-------------------------------------------------------------------- :
                                             x

**ANDREW L. CARTER, JR., District Judge:**

An Arraignment and Change of Plea Hearing is set for **July 11, 2023** at **12:00 p.m.**

**SO ORDERED.**

Dated:        **New York, New York**
              **June 30, 2023**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**